# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

In re:
LEE HUNTER THOMAS
VIRGINIA R. THOMAS,

BANKRUPTCY
CASE NO.: 3:13-BK-04838

    Debtor.

CHAPTER 13

_____/

VIRGINIA R. THOMAS,

    Plaintiff,

v.

ADVERSARY PROCEEDING
NO.: 3:13-ap-00461

AT&T CORP.,

    Defendants.

_____/

## RULE 68 OFFER OF JUDGMENT BY DEFENDANT

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant AT&T Corp., by and through its undersigned counsel, hereby submits this Offer of Judgment ("Offer"), which offers to allow judgment to be taken against it and in favor of Plaintiff, as follows:

1. Judgment shall be entered against Defendant in the amount of One Hundred Nine Dollars and 01/100 Cents ($109.01), arising from Plaintiff's claims against the Defendant as alleged in Plaintiff's pleadings filed in the above captioned matter.

2. The judgment entered shall include an additional amount for reasonable attorney's fees and taxable costs incurred by Plaintiff, in an amount to be determined by the Court if the parties are unable to come to an agreement.

3. Defendant further offers to refrain from directly or indirectly contacting the Plaintiff with respect to the debt at issue.

4. Should Plaintiff accept this Offer, Plaintiff agrees that acceptance of this Offer resolves Plaintiff's claims against Defendant.

5. Notwithstanding the foregoing Offer, Defendant denies any wrongdoing or violation of state or federal laws, but admits liability for the sole purpose of settlement and resolution of Plaintiff's claims sought in the above-captioned matter as described for fully herein.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by email and U.S. Mail to Ryan Moore, Esq., WENDELL FINNER, P.A., 340 Third Avenue South, Suite A, Jacksonville Beach, Florida 32250-6767, ryan@beacheslaw.com on this 15th day of November 15, 2013.

Dale T. Golden, Esq.
FBN: 0094080
Benjamin W. Raslavich, Esq.
FBN: 0102808
**GOLDEN SCAZ GAGAIN, PLLC**
201 North Armenia Avenue
Tampa, Florida 33609
813-251-5500 (p)
813-251-3675 (f)
dgolden@gsgfirm.com
Attorneys for Defendant