## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

IN RE:                                                    CASE NO.: 3:13-bk-4838

**LEE HUNTER THOMAS**                        CHAPTER 13
**and VIRGINIA R. THOMAS,**

     **Debtors.**

_____/

**VIRGINIA R. THOMAS,**

     **Plaintiff,**

v.                                                        ADV. NO.: 13-461

**AT&T CORP.,**

     **Defendant.**

_____/

## ORDER DENYING MOTION TO CONTINUE FINAL EVIDENTIARY HEARING

This proceeding came before the Court upon Motion to Continue Final Evidentiary

Hearing filed by Plaintiff (Doc. 33) and Defendant's Response in Opposition to Plaintiff's

Motion to Continue Final Evidentiary Hearing (Doc. 41). Upon a review of the Motion and the

Response, it is

**ORDERED:**

Motion to Continue Final Evidentiary Hearing is denied. The trial of this matter will

proceed on May 14, 2014 at 1:30 p.m.

     **DATED** this 2 day of May, 2014 in Jacksonville, Florida.

                                       JERRY A. FUNK
                                       United States Bankruptcy Judge